UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| RICHARD J. KIMBALL,          )<br>　　Plaintiff                            )<br>                                              )<br>v.                                            )<br>                                              )   Civil No. 06-71-P-S<br>DEPARTMENT OF HUMAN     )<br>SERVICES,                              )<br>                                              )<br>　　Defendant                         )<br>                                              ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

　　The United States Magistrate Judge filed with the Court on May 30, 2006, her Recommended Decision (Docket No. 14).  Plaintiff filed his Objection to the Recommended Decision (Docket No. 15) on June 9, 2006.  Defendant filed its Response to Objection (Docket No. 16) on June 20, 2006.

　　I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

　　1.　　It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

　　2.　　The Motion to Dismiss (Docket No. 7) is GRANTED.  The Motion for Service (Docket No. 8) is moot.

　　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge

Dated:  June 21, 2006.